# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

DOMINICK ANTHONY DENNIS,
    Plaintiff,

v.                                             Case No. 5:23-cv-529-JA-PRL

OPTIMUM DEALERSHIP
GROUP, LLC,
    Defendant.

## ORDER OF DISMISSAL

Upon consideration of the Unopposed Motion to Temporarily Stay All Proceedings and Extend All Deadlines Pending Settlement (Doc. 54) filed by Plaintiff, it is **ORDERED** that the motion is **DENIED**. In light of the parties' settlement as reported in the motion, pursuant to Local Rule 3.09(b) of the Middle District of Florida it is **ORDERED** and **ADJUDGED** that this case is hereby **DISMISSED** subject to the right of any party, within sixty days from the date of this Order, to move the Court to re-open the case for entry of a stipulated final order or a judgment or for further proceedings. All pending motions are **DENIED as moot**. The Clerk is directed to close this case.

DONE and ORDERED on July 12, 2024.

                                                           JOHN ANTOON II
                                                United States District Judge

Copies furnished to:
Counsel of Record